**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TONY E. EMERY,

              Plaintiff,

              v.

UNITED STATES DEPARTMENT OF
JUSTICE & FEDERAL BUREAU OF
INVESTIGATION,

              Defendants.

Civil Action No. 19-3525 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 21, is **GRANTED** and the case is **DISMISSED**.

It is further **ORDERED** that Plaintiff's Motion to Assess Court Costs to respondents, ECF 20, is **DENIED**.

The Clerk of Court shall terminate this case.

This is a final appealable order.

**SO ORDERED**.

DATE: October 31, 2022

 

_____
Jia M. Cobb
U.S. District Court Judge